UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | No. 11-cv-9202 (PAC) |
| -v.- | ECF Case |
| DANIEL H. MUDD, ENRICO DALLAVECCHIA, and THOMAS A. LUND, | ORAL ARGUMENT REQUESTED |
| Defendants. | |

## NOTICE OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE that pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendants Daniel H. Mudd, Enrico Dallavecchia, and Thomas A. Lund (together, "Defendants") move this Court, before the Honorable Paul A. Crotty, to grant summary judgment in their favor, for reasons more fully explained in the accompanying memorandum in support.

WHEREFORE, Defendants pray that this Court dismiss the Complaint in its entirety, with prejudice, grant Defendants summary judgment on all counts, and grant such other and further relief as the Court may consider appropriate.

Date: March 20, 2015                           Respectfully submitted,

                                               /s/ *John W. Keker*
                                               John W. Keker

921748

KEKER & VAN NEST LLP

John W. Keker (*pro hac vice*)
jkeker@kvn.com
Brook Dooley (*pro hac vice*)
bdooley@kvn.com
Eric MacMichael (*pro hac vice*)
emacmichael@kvn.com
KEKER & VAN NEST LLP
633 Battery Street
San Francisco, CA 94111
Telephone: (415) 391-5400

DLA PIPER LLP

James D. Wareham
james.wareham@dlapiper.com
James E. Anklam
james.anklam@dlapiper.com
DLA Piper LLP
500 8th Street, NW
Washington, DC 20004
Telephone: (202) 799-4000

*Counsel for Defendant Daniel H. Mudd*

DECHERT LLP

Andrew J. Levander
andrew.levander@dechert.com
Hector Gonzalez
hector.gonzalez@dechert.com
DECHERT LLP
1095 Avenue of the Americas
New York, New York 10036
Telephone: (212) 698-3500

*Counsel for Defendant Enrico Dallavecchia*

PAUL HASTINGS LLP

Michael N. Levy
michaellevy@paulhastings.com
Amy K. Carpenter-Holmes
amycarpenter-holmes@paulhastings.com
PAUL HASTINGS LLP

921748

875 15th Street, NW
Washington, DC 20005
Telephone: (202) 551-1700

*Counsel for Defendant Thomas A. Lund*

921748

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2015, a true and correct copy of the foregoing was served electronically via the Court's Electronic Case Filing system on counsel for all parties.

/s/ *John W. Keker*
John W. Keker

921748