

**SECURITIES AND EXCHANGE COMMISSION**
**DIVISION OF ENFORCEMENT**
100 F Street, N.E.
WASHINGTON, DC 20549

**Paul Kisslinger**
**Assistant Chief Litigation Counsel**
**Trial Unit, Mail Stop 5977**
**(202) 551-4427 (t)**
**(202) 772-9292 (f)**
**KisslingerP@SEC.gov**

January 22, 2016

**By ECF**

Honorable Paul A. Crotty
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:   *SEC v. Daniel H. Mudd, Case No. 11-cv-9202*

Dear Judge Crotty:

    We represent the United States Securities and Exchange Commission ("Commission") in the above-captioned matter. We respectfully requests that the Commission staff be permitted to bring cellphones, Blackberry's, and two laptop computers into Your Honor's courtroom during oral arguments presently scheduled for January 27, 2016.  Enclosed please find a proposed order for this request.

    Very truly yours,

    /s  Paul W. Kisslinger

cc:    All counsel of record (via ECF)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | : : : : |
| Plaintiff, | : Case No. 11-CV-9202 (PAC) : : ECF Case : |
| v. | : : |
| DANIEL H. MUDD, et al., | : : : |
| Defendants. | : : |

### [PROPOSED] ORDER REGARDING ELECTRONIC DEVICES IN THE COURTROOM

The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised.  Upon submission of written application to this Court, it is hereby ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a hearing in the action captioned *United States Securities and Exchange Commission v. Mudd, et al.*, No. 11-cv-9202 (PAC).  The date(s) for which such authorization is provided is (are) January 27, 2016.

| Attorney | Device(s) |
|---|---|
| Paul W. Kisslinger | Blackberry, iPhone, and laptop |
| Richard Hong | Blackberry, iPhone, and laptop |
| Stephan J. Schlegelmilch | Blackberry and iPhone |
| Cheryl Crumpton | Blackberry and iPhone |

The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

**SO ORDERED.**

Dated: January ___, 2016

_____
HONORABLE PAUL A. CROTTY