Crotty, P.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-20-16

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>              Plaintiff,<br><br>   v.<br><br>DANIEL H. MUDD,<br><br>             Defendant. | Case No. 11-cv-9202 (PAC)<br><br>ECF Case |

## STIPULATION AND [PROPOSED] ORDER RE PRE-TRIAL SCHEDULE

WHEREAS, on April 13, 2016, the Court set trial in this matter for November 7, 2016;

WHEREAS, the parties have conferred and agreed upon an appropriate schedule for pre-trial submissions, including those submissions covered in the Court's Individual Practices, and for the Final Pre-trial Conference;

WHEREAS, the parties do not believe that, given the agreed-upon pre-trial schedule set out below, it is necessary for the Court to hold the pre-trial conference currently scheduled for September 8, 2016,

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties to the ligitation, that:

1. The pre-trial conference currently set for September 8, 2016, is cancelled.

2. On August 3, 2016, the parties shall meet and confer regarding motions in limine.

3. On August 26, 2016, the parties shall exchange exhibit lists, witness lists and deposition designations.

1068946

4.      On September 2, 2016, the parties shall file their motions in limine; the SEC shall serve on defendant its proposed stipulated facts and proposed voir dire; and defendant shall serve on the SEC his proposed jury instructions.

5.      On September 9, 2016, the parties shall exchange the following sections of the Joint Pre-trial Order: Nature of the Case (SEC to draft); Parties' Contentions (both parties to draft); Issues To Be Tried (both parties to draft); and Relief Sought (SEC to draft).

6.      On September 16, 2016, the parties shall file oppositions to motions in limine; the SEC shall serve its objections to defendant's proposed jury instructions and any additional proposed jury instructions of its own; and defendant shall serve his objections to the SEC's proposed stipulated facts and proposed voir dire and any additional proposed stipulated facts and proposed voir dire of his own.

7.      On September 23, 2016, the parties shall exchange their objections to exhibit lists and their objections to deposition designations.

8.      On September 30, 2016, the parties shall file the Final Joint Pre-trial Order and their replies in support of motions in limine.

9.      On October 19, 2016, the final pre-trial conference will be held at 10:00 a.m.

The pre-trial schedule set out above is summarized in the chart below.

| Date | Event |
| --- | --- |
| Aug. 3, 2016 | Parties Meet and Confer re Motions in Limine |
| Aug. 26, 2016 | Parties Exchange Exhibit Lists, Witness Lists and Deposition Designations |
| Sept. 2, 2016 | Motions in Limine to be Filed<br>SEC Serves its Stipulated Facts and Proposed Voir Dire<br>Defendant Serves its Proposed Jury Instructions |

| Date | Event |
|---|---|
| Sept. 9, 2016 | Parties Exchange Drafts of the Following Sections of the Pre-Trial Order:<br>• Nature of the Case [SEC to Draft]<br>• Parties' Contentions [Both Parties to Draft]<br>• Issues to Be Tried [Both Parties to Draft]<br>• Relief Sought [SEC to Draft] |
| Sept. 16, 2016 | Oppositions to Motions in Limine to be Filed<br><br>SEC Serves its Objections to Defendant's Proposed Jury Instructions and any Additional Proposed Jury Instructions<br><br>Defendant Serves its Objections to SEC's Stipulated Facts and Proposed Voir Dire and Any Additional Stipulated Facts and Proposed Voir Dire |
| Sept. 23, 2016 | Parties Exchange Objections to Exhibit Lists<br>Parties Exchange Objections to Deposition Designations |
| Sep. 30, 2016 | Final Joint Pre-Trial Order to be Filed<br>Replies in Support of Motions in Limine to be Filed |
| Oct. 19, 2016 | Final Pre-Trial Conference @ 4:00 PM in Courtroom 14C. The 9-8-16 PTC is cancelled as noted on page 1. |
| Nov. 7, 2016 | First Day of Trial |

IT IS SO STIPULATED.

Dated: June 16, 2016

Paul W. Kisslinger
Richard Hong
Stephan J. Schlegelmilch *(pro hac vice)*
U.S. Securities and Exchange Commission
100 F Street, N.E.
Washington, DC 20549
(202) 551-4427 (Kisslinger)
KisslingerP@SEC.gov
HongR@SEC.gov
SchlegelmilchS@SEC.gov

*Attorneys for Plaintiff*

1068946

Dated: ___June 16___, 2016          ___Brook Dooley /ays___
                                    John W. Keker *(pro hac vice)*
                                    Brook Dooley *(pro hac vice)*
                                    Eric H. MacMichael *(pro hac vice)*
                                    KEKER & VAN NEST LLP
                                    633 Battery Street
                                    San Francisco, CA 94111
                                    (415) 391-5400
                                    jkeker@kvn.com
                                    bdooley@kvn.com
                                    emacmichael@kvn.com

                                    *Attorneys for Defendant*

IT IS SO ORDERED.

Dated: ___June 20, 2016___          ___[signature]___
                                    HONORABLE PAUL A. CROTTY          tnk
                                    United States District Judge

4

1068946