UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States Securities and Exchange Commission

          Plaintiff,

-against-

Daniel H. Mudd, Enrico Dallavecchia, and
Thomas A. Lund

          Defendant.

    11 cv 9202 ( PAC )

MOTION FOR ADMISSION
PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I  Erin E. Meyer , hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for

Daniel H. Mudd  in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of

California  and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: 6/20/2016

Respectfully Submitted,

_____
Applicant Signature

Applicant's Name: Erin E. Meyer

Firm Name: Keker & Van Nest LLP

Address: 633 Battery Street

City / State / Zip: San Francisco, CA  94111

Telephone / Fax: (415) 391-5400; (415) 397-7188 - fax

E-Mail: emeyer@kvn.com



# Supreme Court of California

FRANK A. McGUIRE

*Court Administrator and Clerk of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### ERIN ELIZABETH MEYER

I, FRANK A. McGUIRE, Clerk of the Supreme Court of the State of California, do hereby certify that ERIN ELIZABETH MEYER, #274244, was on the 6th day of December, 2010, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

*Witness my hand and the seal of the court on the 27th day of June, 2016.*

FRANK A. McGUIRE
*Clerk of the Supreme Court*

By: _____
J. Hunter, Senior Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States Securities and Exchange Commission

Plaintiff,

-against-

Daniel H. Mudd, Enrico Dallavecchia and Thomas A. Lund,

Defendant.

11 cv 9202 ( PAC )

ORDER FOR ADMISSION
PRO HAC VICE

The motion of __Erin E. Meyer__, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of __California__; and that his/her contact information is as follows (please print):

Applicant's Name: __Erin E. Meyer__

Firm Name: __Keker & Van Nest LLP__

Address: __633 Battery Street__

City / State / Zip: __San Francisco, CA 94111__

Telephone / Fax: __(415) 391-5400; (415) 397-7188 - fax__

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for __Daniel H. Mudd__ in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____         _____
                                      United States District / Magistrate Judge